ROGER GRANDGENETT, II, Bar # 6323
RACHEL SILVERSTEIN, ESQ., Bar # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE EVANS,<br><br>        Plaintiff,<br><br>vs.<br><br>ENCORE EVENT TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 2:15-CV-1120-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff MECHELLE EVANS ("Plaintiff") and Defendant ENCORE EVENT TECHNOLOGIES, INC. ("Defendant'), by and through their respective counsel, do hereby stipulate and agree to a 14 day extension of the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint. Therefore, the parties stipulate that the

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

deadline for Defendant's responsive pleading will be **August 12, 2015**.  This stipulation is made in good faith and not for purposes of delay.

Dated: July 27, 2015                                              Dated: July 28, 2015

LAW OFFICES OF ROBERT P. SPRETNAK                LITTLER MENDELSON

By:  /s/ Robert P. Spretnak, Esq.                              By: /s/ Rachel Silverstein
    ROBERT P. SPRETNAK, ESQ.                             ROGER GRANDGENETT, II, ESQ.
                                                                                  RACHEL SILVERSTEIN, ESQ.

Attorney for Plaintiff
MECHELLE EVANS                                                       Attorneys for Defendant
                                                                                  ENCORE EVENT TECHNOLOGIES, INC.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/28/2015.

Firmwide:134899412.1 060874.1000

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800