ROGER GRANDGENETT, II, ESQ., Bar #6323
RACHEL SILVERSTEIN, ESQ., Bar # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:   702.862.8811

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE EVANS,<br><br>    Plaintiff,<br><br>vs.<br><br>ENCORE EVENT TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 2:15-CV-1120-GMN-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

  Defendant, ENCORE EVENT TECHNOLOGIES, INC. and Plaintiff, MECHELLE EVANS ("Plaintiff") by and through their respective counsel, do hereby stipulate, to a two day extension of the deadline for Defendant to file a response in opposition to Plaintiffs' Motion for Partial Summary

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Judgment (Doc. #13).   Therefore, the parties stipulate that the deadline for Defendant's responsive pleading will be April 5, 2016.   This stipulation is made in good faith and not for purposes of delay.

Dated:  April 1, 2016

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak, Esq.
    ROBERT P. SPRETNAK, ESQ.

Attorney for Plaintiff

MECHELLE EVANS

Dated:  April 1, 2016

LITTLER MENDELSON

By: /s/ Rachel Silverstein, Esq.
    ROGER GRANDGENETT, II, ESQ.
    RACHEL SILVERSTEIN, ESQ.

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

**IT IS SO ORDERED:**

Dated: April 6, 2016

_____
United States District Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.