1  ROGER GRANDGENETT, II, ESQ., Bar #6323
   RACHEL SILVERSTEIN, ESQ., Bar # 11057
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:        702.862.8811
5  Email:  rgrandgenett@littler.com
   Email:  rsilverstein@littler.com
6
   Attorneys for Defendant
7  ENCORE EVENT TECHNOLOGIES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11

12  MECHELLE EVANS,                          Case No. 2:15-CV-1120-GMN-CWH

13              Plaintiff,                   **STIPULATION AND ORDER FOR
    vs.                                      EXTENSION OF TIME FOR PARTIES TO
14                                           FILE REPLY IN SUPPORT OF THEIR
    ENCORE EVENT TECHNOLOGIES,               MOTIONS FOR SUMMARY JUDGMENT**
15  INC.,
                                             **[FIRST REQUEST]**
16              Defendant.

17       Defendant, ENCORE EVENT TECHNOLOGIES, INC. and Plaintiff, MECHELLE EVANS

18  ("Plaintiff") by and through their respective counsel, do hereby stipulate, to a two-week extension

19  for the parties to file their Reply in support of their prospective Motions for Summary Judgment

20  (Docs. #13 & #14).    Therefore, the parties stipulate that the deadline for the filing of both Reply

21  / / /

22  / / /

23  / / /

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

briefs will be May 6, 2016.   This stipulation is made in good faith in order to accommodate both

counsels' schedules, and not for purpose of delay.

Dated:  April 21, 2016                            Dated:  April 21, 2016

LAW OFFICES OF ROBERT P. SPRETNAK      LITTLER MENDELSON

By:_/s/ Robert P. Spretnak, Esq._____      By:_/s/ Rachel Silverstein, Esq._____
    ROBERT P. SPRETNAK, ESQ.          ROGER GRANDGENETT, II, ESQ.
    RACHEL SILVERSTEIN, ESQ.

Attorney for Plaintiff

    Attorneys for Defendant
MECHELLE EVANS      ENCORE   EVENT   TECHNOLOGIES,
INC.

**IT IS SO ORDERED:**

Dated: ___April 22, 2016_____

_____
Gloria M. Navarro, Chief Judge
United States District Court

Firmwide:140006076.1 060874.1007

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800