ROGER GRANDGENETT, II, ESQ., Bar #6323
RACHEL SILVERSTEIN, ESQ., Bar # 11057
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
Email: rsilverstein@littler.com

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE EVANS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ENCORE EVENT TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:15-CV-1120-GMN-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE REPLY IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

　　　　Defendant, ENCORE EVENT TECHNOLOGIES, INC. and Plaintiff, MECHELLE EVANS ("Plaintiff") by and through their respective counsel, do hereby stipulate, to a one-week extension for the parties to file their Reply in support of their respective Motions for Summary Judgment, which were filed on March 8 and 9, 2016 (Docs. #13 & #14).

　　　　The reason for this request is simply that counsel requires additional time to draft their respective Reply briefs.  Additionally, as there is an upcoming settlement conference in June and no decision will be issued prior to that, a short extension will not prejudice either party[1].  No hearing has been set on the pending Motions for Summary Judgment.  The Court previously granted a two-week extension to May 6, 2016 (Dkt. No. 21.)

---

[1] The parties recently submitted a stipulation to continue the date of this settlement conference by a few weeks (Dkt. No. 23).

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Therefore, the parties hereby stipulate that the deadline for the filing of both Reply briefs will be **May 13, 2016**. This stipulation is made in good faith in order to accommodate both counsels' schedules, and not for purpose of delay.

Dated: May 5, 2016                                          Dated: May 5, 2016

LAW OFFICES OF ROBERT P. SPRETNAK          LITTLER MENDELSON

By: /s/ Robert P. Spretnak, Esq.                   By: /s/ Rachel Silverstein, Esq.
    ROBERT P. SPRETNAK, ESQ.                      ROGER GRANDGENETT, II, ESQ.
                                                  RACHEL SILVERSTEIN, ESQ.
Attorney for Plaintiff
                                                  Attorneys for Defendant
MECHELLE EVANS                                    ENCORE EVENT TECHNOLOGIES, INC.

**IT IS SO ORDERED:**

Dated: May 6, 2016

_____
U.S. District Judge

Firmwide:140255881.1 060874.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.