ROGER GRANDGENETT, II ESQ., Bar # 6323
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
E-mail:         rgrandgenett@littler.com
                    kblakey@littler.com

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE EVANS,<br><br>               Plaintiff,<br><br>vs.<br><br>ENCORE EVENT TECHNOLOGIES, INC.,<br><br>               Defendant. | Case No. 2:15-CV-1120-GMN-CWH<br><br>**EX PARTE MOTION TO REMOVE COUNSEL RACHEL SILVERSTEIN FROM CM/ECF SERVICE LIST** |

      Roger L. Grandgenett, Esq., of the law firm Littler Mendelson, P.C., hereby moves this Court for an Order removing Rachel Silverstein, Esq. from the electronic service list for this case.

      Rachel Silverstein, Esq. is no longer with the firm of Littler Mendelson, P.C., and therefore, no longer represents Defendant ENCORE EVENT TECHNOLOGIES, INC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

As such, Rachel Silverstein, Esq. is not involved in the outcome of this case, and Defendant respectfully request that this Court grant an Order removing her from the electronic service list for this case.

Dated: September 13, 2016

          Respectfully submitted,

/s/ Roger L. Grandgenett II, Esq.
ROGER L. GRANDGENETT II, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

IT IS SO ORDERED.

DATED: September 14, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On September 13, 2016, I served the within document(s):

**EX PARTE MOTION TO REMOVE COUNSEL
RACHEL SILVERSTEIN FROM CM/ECF SERVICE LIST**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Law Offices of Robert P. Spretnak
Robert P. Spretnak, Esq.
8275 S. Eastern Avenue
Suite 200
Las Vegas, NV 89123

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2016, at Las Vegas, Nevada.

/s/ Erin J. Melwak
Erin J. Melwak

Firmwide:142723153.1 060874.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800