ROGER GRANDGENETT, II ESQ., Bar # 6323
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
E-mail:	rgrandgenett@littler.com
	kblakey@littler.com

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE EVANS,<br><br>    Plaintiff,<br><br>vs.<br><br>ENCORE EVENT TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 2:15-CV-1120-GMN-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR SETTLEMENT CONFERENCE** |

The parties by and through their respective counsel, hereby request and stipulate to continue the time for the Settlement Conference from **April 4, 2017 at 8:30 a.m**. to a new date of the Court's selection **on or after April 20, 2017,** but excluding April 26-27, 2017**.**  This continuance is necessary as defense counsel has a conflict with the current scheduled date and both parties and their counsel are generally available after April 20, 2017, excluding April 26-27, 2017. Accordingly, the Parties hereby request that the Court continue the settlement conference to a date and time after **April 20, 2017,** excluding April 26-27, 2017.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties also agree that the Settlement Conference Statements shall be submitted to Magistrate C.W. Hoffman, Jr.'s chambers one week before the re-scheduled settlement conference. This is the parties' first request and is made in good faith and not for purposes of delay.

Dated: March 23, 2017

Respectfully submitted,                              Respectfully submitted,

*/s/ Robert P. Spretnak, Esq.*                       */s/ Kathryn B. Blakey, Esq.*
ROBERT P. SPRETNAK, ESQ.                             ROGER L. GRANDGENETT II, ESQ.
LAW OFFICES OF ROBERT P.                             KATHRYN B. BLAKEY, ESQ.
SPRETNAK                                             LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                              Attorneys for Defendant
MECHELLE EVANS                                       ENCORE EVENT TECHNOLOGIES, INC.

**ORDER**

IT IS SO ORDERED that the Settlement Conference shall be continued to _____, Wednesday, May 10, 2017.  Plaintiff must report to Judge Hoffman's chambers at 8:30 a.m. Defendant must report to Judge Hoffman's chambers at 9:00 a.m.

Dated this  27th   day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:146545218.1 060874.1007

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800