```
ROGER GRANDGENETT, II ESQ., Bar # 6323
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
E-mail:          rgrandgenett@littler.com
                     kblakey@littler.com
```

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE EVANS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ENCORE EVENT TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 2:15-CV-1120-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective Counsel, that the deadline to file the Joint Pretrial Order shall be extended, for 21 days following the settlement conference scheduled in the case for May 10, 2017, if the settlement Conference does not resolve the matter.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties hereby submit that this stipulation is made in good faith to allow the parties to pursue settlement at the settlement conference and not for the purpose of unreasonable delay.

Dated: April 4, 2017

Respectfully submitted,                                    Respectfully submitted,

/s/ Robert P. Spretnak, Esq.                               /s/ Kathryn B. Blakey, Esq.
ROBERT P. SPRETNAK, ESQ.                                   ROGER L. GRANDGENETT II, ESQ.
LAW OFFICES OF ROBERT P.                                   KATHRYN B. BLAKEY, ESQ.
SPRETNAK                                                   LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                                    Attorneys for Defendant
MECHELLE EVANS                                             ENCORE EVENT TECHNOLOGIES, INC.

**ORDER**

IT IS SO ORDERED that should the Settlement Conference scheduled for May 10, 2017 not resolve this case, the Joint Pretrial Order shall be filed on May 31, 2017.

Dated this  5th  day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE CARL HOFFMAN

Firmwide:146840960.1 060874.1007

2.