ROGER GRANDGENETT, II ESQ., Bar # 6323
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
E-mail:        rgrandgenett@littler.com
               kblakey@littler.com

Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MECHELLE EVANS,<br><br>              Plaintiff,<br><br>vs.<br><br>ENCORE EVENT TECHNOLOGIES, INC.,<br><br>              Defendant. | Case No. 2:15-CV-1120-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MECHELLE EVANS, and Defendant, ENCORE EVENT TECHNOLOGIES, INC., through their undersigned counsel that the above entitled matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 15 day of June, 2017.

Respectfully submitted,

Respectfully submitted,

*/s/ Robert P. Spretnak, Esq.*
ROBERT P. SPRETNAK, ESQ.
LAW OFFICES OF ROBERT P. SPRETNAK
Attorneys for Plaintiff
MECHELLE EVANS

*/s/ Kathryn B. Blakey, Esq.*
ROGER L. GRANDGENETT II, ESQ.
KATHRYN B. BLAKEY, ESQ.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ENCORE EVENT TECHNOLOGIES, INC.

**IT IS SO ORDERED.**

Dated this _22_ day of _June_, 2017.

_____
United States District Court Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800